**James E. LEAF, Plaintiff–Appellant,**

v.

**INTERNAL REVENUE SERVICE; Douglas H. Schulman, Commissioner of the Internal Revenue Service, Defendants–Appellees.**

No. 12–41276
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 15, 2013.

James Edward Leaf, Sweeny, TX, pro se.

Sara Ann Ketchum, Joan I. Oppenheimer, U.S. Department of Justice,

Washington, DC, Joshua David Smeltzer, U.S. Department of Justice, Dallas, TX, for Defendants–Appellees.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

James Leaf is a tax protester whose suit claims the income tax is unlawful. The district court dismissed the action, opining that "Leaf's claim lacks facial plausibility because it is frivolous."

The district court gave its reasons in a short but sufficiently thorough order. Granting mercy to Leaf, the court denied sanctions. The appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.